UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STEVE SHAYA,

    Plaintiff,                                             Case No. 14-cv-11112
                                                     Hon. Matthew F. Leitman

v.

CITY OF HAMTRAMCK *et al.*,

    Defendants.

_____/

## **ORDER TO ATTEND SETTLEMENT CONFERENCE**

The parties are hereby advised that a settlement conference will be held in the Theodore Levin United States Courthouse, 231 W. Lafayette Blvd., Detroit, MI 48226, Room 251, before the Honorable Matthew F. Leitman on **March 3, 2017, 2017, at 9:30 a.m.**

The following person(s) and entities must personally attend the settlement conference: (i) trial counsel for each party; (ii) all parties who are natural persons; and (iii) a representative authorized to act on behalf of each party that is a governmental entity. This mandatory personal attendance policy is not satisfied by trial counsel professing to have full and final settlement authority on behalf of his or her client or by the entity with settlement authority being available by telephone.

1

In addition, a representative with full and final settlement authority must immediately be available by phone on behalf of each insurance carrier that has undertaken the prosecution or defense of the case and/or has contractually reserved to itself the right to settle the action.

**IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: February 23, 2017

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on February 23, 2017, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(313) 234-5113